FILED

2014 FEB 13 PM 3:22

CLERK
MIDDLE DISTRICT COURT
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:14-Cr- 53 T 26 EAJ

DERRICK L. HAYES,                               18 U.S.C. § 1594(c)
  a/k/a "D-Man"                                 18 U.S.C. § 1591(a)
                                                18 U.S.C. § 2
                                                18 U.S.C. § 1594(d) - Forfeiture
                                                28 U.S.C. § 2461(c) - Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on an unknown date, but from at least in or about December 2012, and continuing through in or about January 2013, in Pinellas County, in the Middle District of Florida,

DERRICK L. HAYES,
a/k/a "D-Man,"

the defendant herein, did combine, conspire and agree with other persons, known and unknown to the Grand Jury, to knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, and to benefit, financially and by receiving anything of value, from participation in a venture which had recruited, enticed, harbored, transported, provided, obtained, and maintained by any means a person, that is M.T. and R.L., in and affecting interstate and foreign commerce, knowing and in reckless disregard of the fact that such person had not

attained the age of 18 years and would be caused to engage in a commercial sex act, and knowing and in reckless disregard of the fact that means of force, threats of force, and coercion, and any combination of such means, would be used to cause such person to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1) and (a)(2).

All in violation of Title 18, United States Code, Section 1594(c).

## COUNT TWO

Beginning on an unknown date, but from at least in or about December 2012, and continuing through in or about January 2013, in Pinellas County, in the Middle District of Florida,

> DERRICK L. HAYES,
> a/k/a "D-Man,"

the defendant herein, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, and benefit, financially and by receiving anything of value, from participation in a venture which had recruited, enticed, harbored, transported, provided, obtained, and maintained by any means a person, that is M.T., in and affecting interstate and foreign commerce, knowing and in reckless disregard of the fact that such person had not attained the age of 18 years and would be caused to engage in a commercial sex act, and knowing and in reckless disregard of the fact that means of force, threats of force, and coercion, and any combination of such means, would be used to cause such

2

person to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a)(1), (a)(2), (b)(1), (b)(2), (c), and Section 2.

## COUNT THREE

Beginning on an unknown date, but from at least in or about December 2012, and continuing through in or about January 2013, in Pinellas County, in the Middle District of Florida,

DERRICK L. HAYES,
a/k/a "D-Man,"

the defendant herein, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, and benefit, financially and by receiving anything of value, from participation in a venture which had recruited, enticed, harbored, transported, provided, obtained, and maintained by any means a person, that is R.L., in and affecting interstate and foreign commerce, knowing and in reckless disregard of the fact that such person had not attained the age of 18 years and would be caused to engage in a commercial sex act, and knowing and in reckless disregard of the fact that means of force, threats of force, and coercion, and any combination of such means, would be used to cause such person to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a)(1), (a)(2), (b)(1), (b)(2), (c), and Section 2.

## **FORFEITURES**

1. The allegations contained in Counts One, Two, and Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 1594(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violations alleged in Counts One, Two, and Three of this Indictment, the defendant, Derrick L. Hayes, a/k/a "D-Man," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594(d) all of his right, title and interest in:

   a. Any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations; and

   b. Any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of such violations.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

4

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

*[signature]*
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: *[signature]*
JOSEPH W. SWANSON
Assistant United States Attorney

By: *[signature]*
SIMON A. GAUGUSH
Assistant United States Attorney
Chief, General Crimes Section

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

DERRICK L. HAYES, a/k/a "D-Man"

## INDICTMENT

Violations:

18 U.S.C. §§ 1594(c), 1591(a), and 2

A true bill,

_____
Foreperson

Filed in open court this <u>13th</u> day

of February, 2014.

_____
Clerk

Bail  $_____

GPO 863 525