UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 8:14-CR-53-RAL-EAJ-1 |
| | : | |
| DERRICK L. HAYES | : | |

## **DEFENDANT DERRICK L. HAYES' NOTICE OF APPEAL**

COMES NOW, undersigned counsel, on behalf of the Defendant, DERRICK L. HAYES, and files this his notice of appeal as to the judgment and conviction in the above styled case.

        Respectfully submitted,

        By: /s/ Mark J. O'Brien
        Mark J. O'Brien, Esquire
        Florida Bar No.: 0160210
        O'Brien Hatfield, PA
        Bayshore Center
        511 West Bay Street
        Third Floor - Suite 330
        Tampa, Florida 33606
        Direct:     (813) 228-6989
        Email: mjo@markjobrien.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on December 15, 2014 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien